**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs) (12/12)                                        Case Number **11–20137**

# UNITED STATES BANKRUPTCY COURT
## District of Utah

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 1/5/11 and was converted to a case under chapter 7 on 6/21/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Jeffery Michael Gerritsen<br>1023 North 1300 West<br>Salt Lake City, UT 84116 | Amber Dee Gerritsen<br>1023 North 1300 West<br>Salt Lake City, UT 84116 |
| Case Number:<br>11–20137 JTM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–4762<br>xxx–xx–8673 |
| Attorney for Debtor(s) (name and address):<br>Justin M. Myers<br>Justin M. Myers, Attorney–at–Law, LLC<br>1194 W. South Jordan Pkwy.<br>Suite A<br>South Jordan, UT 84095<br>Telephone number:  801–572–0504 | Bankruptcy Trustee (name and address):<br>Gary E. Jubber tr<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111<br>Telephone number:  (801) 531–8900 |

## Meeting of Creditors

Date:  **July 31, 2013**                                        Time:  **11:30 AM**

Location:  **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/30/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number:  (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open:  8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date:  6/24/13 |

## Online Information

Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–866–222–8029 #85 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

## EXPLANATIONS

FORM RAB9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s)or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |

## –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 11-20137-JTM
Jeffery Michael Gerritsen                                                 Chapter 7
Amber Dee Gerritsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2        User: ma          Page 1 of 3        Date Rcvd: Jun 24, 2013
                            Form ID: rab9a    Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
db/jdb      +Jeffery Michael Gerritsen,   Amber Dee Gerritsen,   1023 North 1300 West,
             Salt Lake City, UT 84116-3636
aty         +Armand J. Howell,   Matheson Mortensen Olsen & Jeppson,   648 East 1st South,
             Salt Lake City, UT 84102-1589
aty         +David B. Boyce,   2115 Dallin Street,   Salt Lake City, UT 84109-1116
aty          Gale K. x3Francis,  Office of the Attorney General,   160 East 300 South,   Fifth Floor,
             P.O. Box 140874,   Salt Lake City, UT 84114-0874
aty          Gale K. x5Francis,  Office of the Attorney General,   160 East 300 South,   Fifth Floor,
             P.O. Box 140874,   Salt Lake City, UT 84114-0874
aty         +Justin M. Myers,   Justin M. Myers, Attorney-at-Law, LLC,   1194 W. South Jordan Pkwy.,   Suite A,
             South Jordan, UT 84095-5508
aty         +Patti H. Bass,   3936 E. Ft. Lowell Road,   Suite 200,   Tucson, AZ 85712-1083
aty         +R. Craig Schneider,  Office of Chief Counsel, IRS,  150 E. Social Hall Avenue,   Suite 313A,
             Salt Lake City, UT 84111-1565
tr          +Gary E. Jubber tr,  Fabian & Clendenin,   215 South State Street,   Suite 1200,
             Salt Lake City, UT 84111-2323
cr          +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
7504409     +BAC Home Loans Servicing, L.P. FKA,   Countrywide Home Loans Servicing, L.P.,
             C/O Matheson, Mortensen, Olsen & Jeppson,   648 East 100 South,   Salt Lake City, UT 84102-1584
7504408     +BAC Home Loans Servicing, L.P. FKA,   Countrywide Home Loans Servicing, L.P.,
             Mail Stop CA6-919-01-23,   400 National Way,   Simi Valley, CA 93065-6414,
             Attn: Bankruptcy Department
7441739     +Bank of America,   PO Box 650070,   Dallas, TX 75265-0070
7441740     +Best Buy,   PO Box 9312,   Minneapolis, MN 55440-9312
8437269     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
7441743     +Comfort Care Kids,   PO Box 30015 Dept 71,   Salt Lake City, UT 84130-0015
7441744      Home Depot Credit Services,   P.O. Box 6028,   The Lakes, NV 88901-6028
7441748     +Nationwide Credit, INC.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
7441751     +Progressive Financial Services,   1919 W. Fairmont,   Suite B,   Tempe, AZ 85282-3194
7441759      World Financial Bank,   PO Box 182125,   Jeffersonville, OH 43128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: IRS.COM Jun 25 2013 01:53:00     Internal Revenue Service,
             150 Social Hall Ave., Suite 313A,   Salt Lake City, UT 84111-1534
cr           EDI: UTAHTAXCOMM.COM Jun 25 2013 01:53:00     Utah State Tax Commission,   Attn Bankruptcy Unit,
             210 North 1950 West,   Salt Lake City, UT 84134-9000
7538186     +EDI: OPHSUBSID.COM Jun 25 2013 01:53:00     BACK BOWL I LLC,   C O WEINSTEIN AND RILEY, PS,
             2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7518098     +EDI: OPHSUBSID.COM Jun 25 2013 01:48:00     CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
             2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7658923      EDI: RESURGENT.COM Jun 25 2013 01:53:00     CR Evergreen II, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
7441741     +EDI: CAPITALONE.COM Jun 25 2013 01:53:00     Capital One,   PO Box 60599,
             City of Industry, CA 91716-0599
7441742     +EDI: CHASE.COM Jun 25 2013 01:53:00     Chase,   PO Box 94014,   Palatine, IL 60094-4014
7505210      EDI: CHASE.COM Jun 25 2013 01:53:00     Chase Bank USA, N.A.,   PO Box 15145,
             Wilmington, DE 19850-5145
8099926     +EDI: RESURGENT.COM Jun 25 2013 01:53:00     East Bay Funding, LLC,
             c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
7482237     +EDI: BASSASSOC.COM Jun 25 2013 01:53:00     HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
7441745     +EDI: IRS.COM Jun 25 2013 01:53:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
7441747     +EDI: LTDFINANCIAL.COM Jun 25 2013 01:53:00     LTD Financial Services,
             7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
7441749     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 25 2013 03:12:02     NCO Financial Systems,
             507 Prudential Rd.,   Horsham, PA 19044-2368
8104862     +EDI: OPHSUBSID.COM Jun 25 2013 01:53:00     Oak Harbor Capital II, LLC,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
7441750      EDI: PRA.COM Jun 25 2013 01:53:00     Portfolio Recovery Associates, LLC,   PO Box 12914,
             Norfolk, VA 23541
7606366      EDI: PRA.COM Jun 25 2013 01:53:00     Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk VA 23541
7466628     +E-mail/Text: bncmail@w-legal.com Jun 25 2013 03:10:35     TARGET NATIONAL BANK,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7441752     +EDI: WTRRNBANK.COM Jun 25 2013 01:53:00     Target Corporation,   1000 Nicollet Mall,
             Minneapolis, MN 55403-2467
7441753     +E-mail/Text: bankruptcy@truwest.org Jun 25 2013 02:30:07     Tru West Credit Union,   PO Box 3489,
             Scottsdale, AZ 85271-3489
7441754     +EDI: URSI.COM Jun 25 2013 01:53:00     United Recovery,   PO Box 722929,   Houston, TX 77272-2929
7441755     +EDI: UTAHTAXCOMM.COM Jun 25 2013 01:53:00     Utah State Tax Commission,   210 North 1950 West,
             Salt Lake City, UT 84134-9000

```
District/off: 1088-2          User: ma                 Page 2 of 3          Date Rcvd: Jun 24, 2013
                             Form ID: rab9a             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8796702        +EDI: OPHSUBSID.COM Jun 25 2013 01:53:00     Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
7441756        +EDI: AFNIVZWIRE.COM Jun 25 2013 01:48:00    Verizon Wireless,   PO BOX 26055,
                Minneapolis, MN 55426-0055
7441757        +EDI: RMSC.COM Jun 25 2013 01:53:00     Walmart,   PO BOX 530927,   Atlanta, GA 30353-0927
7441758        +EDI: WFFC.COM Jun 25 2013 01:48:00     Wells Fargo Card Services,   PO BOX 30086,
                Los Angeles, CA 90030-0086
7450337        +EDI: WFFC.COM Jun 25 2013 01:48:00     Wells Fargo Financial National Bank,   4137 121st Street,
                Urbandale, IA 50323-2310
7598355         EDI: ECAST.COM Jun 25 2013 01:48:00     eCAST Settlement Corporation,   POB 29262,
                New York NY 10087-9262
                                                                                  TOTAL: 27
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7441746        ##Lane Bryant,   P.O. Box 856132,   Louisville, KY 40285-6132
                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 1088-2          User: ma              Page 3 of 3          Date Rcvd: Jun 24, 2013
                              Form ID: rab9a        Total Noticed: 47

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
          Armand J. Howell   on behalf of Creditor    BAC Home Loans Servicing, L.P. FKA Countrywide Home
           Loans Servicing, L.P. howell@mmojlaw.com,  howell@mathesonhowell.com
          David B. Boyce   on behalf of Creditor    Bank of America, N.A. dave@boycelawfirm.com
          Gale K. x3Francis   on behalf of Creditor    Utah State Tax Commission txbk@utah.gov
          Gale K. x5Francis   on behalf of Creditor    Utah State Tax Commission txbk@utah.gov
          Gary E. Jubber tr   gjubber@fabianlaw.com,
           UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
          Justin M. Myers   on behalf of Joint Debtor Amber Dee Gerritsen justinmyerslaw@gmail.com,
           justinmyerslaw1@gmail.com;justinmyerslaw0@gmail.com
          Justin M. Myers   on behalf of Debtor Jeffery Michael Gerritsen justinmyerslaw@gmail.com,
           justinmyerslaw1@gmail.com;justinmyerslaw0@gmail.com
          Kevin R. Anderson tr   kanderson@ch13kra.com,  lneebling@ch13kra.com
          Patti H. Bass   on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Patti H. Bass   on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
          R. Craig Schneider   on behalf of Creditor    Internal Revenue Service
           randall.c.schneider@irscounsel.treas.gov
          United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
                                                                                    TOTAL: 12